# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00240-CV

**In re Yolanda Cortes Mares**

**A. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**NO. 312,563-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING**

---

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of A. M. The subject of this proceeding is Yolanda Cortes Mares, appellant's attorney.

Appellant filed her notice of appeal on April 26, 2022, and her brief was due June 2, 2022. On June 9, 2022 we ordered counsel to file appellant's brief no later than June 22, 2022. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Yolanda Cortes Mares shall appear in person before this Court on Wednesday, July 20, 2022, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have

sanctions imposed for her failure to obey our June 9, 2022 order. This order to show cause will be withdrawn and Yolanda Cortes Mares will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before July 18, 2022.

It is ordered on June 30, 2022.

Before Justices Goodwin, Baker, and Kelly